USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-11-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.H. Et al,<br><br>      Plaintiff,<br><br>-against-<br><br>NYC DEP'T OF EDUC.,<br><br>      Defendant. | 19-cv-10877 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:  February 11, 2020
    New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**